UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2476-RPM-BNB

DALE FOSTER,

Plaintiff,

V.

STANDARD INSURANCE COMPANY,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2005

GREGORY C. LANGHAM
CLERK

ORDER REGARDING JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice. The Court, having reviewed the stipulation, the file and otherwise being advised,

HEREBY ORDERS that this case is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated this 29th day of August, 2005.

BY THE COURT:

_____
United States District Court Judge